**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN DOE,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **PHILADELPHIA JOB CORPS and ADAMS AND ASSOCIATES, INC.,** | **NO.  24-718** |
| **Defendants.** | |

**O R D E R**

    **AND NOW**, this 5th day of March, 2024, upon consideration of the letter/request of defense counsel dated March 4, 2024 (ECF 6), in which defendants request an extension until March 18, 2024, by which to respond to Motion of Plaintiff to Proceed Anonymously (ECF 2), and good cause appearing, **IT IS ORDERED** that the request of defense counsel is **GRANTED**. Defendants shall file and serve their response to Motion of Plaintiff to Proceed Anonymously (ECF 2) on or before March 18, 2024.

                          **BY THE COURT:**

                          **/s/ Hon. Kelley B. Hodge**

                          _____

                            **HODGE, KELLEY B., J.**