IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>PHILADEPHIA JOB CORPS and<br>ADAMS & ASSOCIATES, INC.,<br>　　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  24-718 |

**O R D E R**

**AND NOW**, this 14th day of May, 2024, it appearing to the court that Adams & Associates, Inc. has not filed the disclosure statement required by Federal Rule of Civil Procedure 7.1 at the time of filing of the first appearance, [1] **IT IS ORDERED** that Adams & Associates, Inc. shall file the required disclosure statement[2] within five (5) days of the date of this Order.

This Order also serves as a reminder to Adams & Associates, Inc. of the continuing obligation pursuant to Federal Rule of Civil Procedure 7.1(b)(2) to "promptly file a supplemental statement" of any changes to the information required by Federal Rule of Civil Procedure 7.1(a).

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　/s/ Hon. Kelley B. Hodge
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HODGE, KELLEY B., J.

---

[1] Federal Rule of Civil Procedure 7.1(b)(1) requires the disclosure statement to be filed with the party's first appearance, pleading, petition, motion, response, or other request addressed to the court.

[2] A Disclosure Statement Form is available on the Court website and should be filed electronically using the Other Filings/Discovery Documents category.